IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AL AND PO CORPORATION, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EASYLEASE CORP., a Canada corporation, and EASY-LEASE FINANCIAL SERVICES, INC., a Canada corporation,<br><br>Defendants. | Case No. 14-cv-2105<br><br>Hon. Charles P. Kocoras<br><br>Magistrate Judge Maria Valdez |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses this action without prejudice as to Plaintiff's individual claims and as to the class claims.

Date: May 6, 2014

Respectfully submitted,

AL AND PO CORPORATION, individually and on behalf of all others similarly situated

By: _____
One of the Attorneys for Plaintiff
And the Proposed Putative Class

Joseph J. Siprut
*jsiprut@siprut.com*
Gregg M. Barbakoff
*gbarbakoff@siprut.com*
Ismael T. Salam
*isalam@siprut.com*
**SIPRUT PC**
17 North State Street
Suite 1600
Chicago, Illinois 60602
312.236.0000
Fax: 312.470.6588

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a true and correct copy of the foregoing **Plaintiff's Notice of Voluntary Dismissal** was filed on May 6, 2014, via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

_____
Joseph J. Siprut

4814-0340-2522, v. 1